IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00437-NRN

BRIAN NEWINGHAM,

    Plaintiff,

    v.

PLURALSIGHT, INC., AARON SKONNARD,
ARNE DUNCAN, BONITA C. STEWART,
BRAD RENCHER, FRITZ ONION, GARY CRITTENDEN,
KARENANN TERRELL, LEAH JOHNSON,
RYAN HINKLE, SCOTT DORSEY, and TIM MAUDLIN,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brian Newingham hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: April 9, 2021　　　　　　　　　　　　Respectfully submitted,

**HALPER SADEH LLP**

/s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on April 9, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 9, 2021                          /s/ Daniel Sadeh
                                                          Daniel Sadeh